# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Ramirez-Juarez v. Bondi Docket No.: 26-356

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:


Name: Aric A. Anderson

Firm: U.S. Department of Justice, Civil Division, Office of Immigration Litigation

Address: P.O. Box 878, Ben Franklin Station, Washington, DC 20044

Telephone: 202-532-4434 Fax:

E-mail: Aric.Anderson@usdoj.gov


**Appearance for:** Pamela Bondi, Attorney General of the United States, Respondent
(party/designation)

**Select One:**

- [x] Substitute counsel (replacing lead counsel: Lisa Marie Arnold, U.S. Department of Justice )
(name/firm)

- [ ] Substitute counsel (replacing other counsel: )
(name/firm)

- [ ] Additional counsel (co-counsel with: )
(name/firm)

- [ ] Amicus (in support of : )
(party/designation)

## CERTIFICATION

I certify that:

- [x] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 22, 2024 OR

- [ ] I applied for admission on .

Signature of Counsel: s/ Aric A. Anderson

Type or Print Name: Aric A. Anderson

**CERTIFICATE OF SERVICE**

I certify that on February 18, 2026, I caused to be electronically filed the NOTICE OF APPEARANCE FOR SUBSTITUTE COUNSEL with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using ACMS.

Participants in the case who are registered ACMS users will be served by the ACMS system.

I further certify that some of the participants in the case are not registered ACMS users. On February 18, 2026, I caused the NOTICE OF APPEARANCE FOR SUBSTITUTE COUNSEL to be mailed by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-ACMS participants:

Sayer Chayenne Ramirez-Juarez
3222 Black St.
Scipio Center, NY 13147

s/Aric A. Anderson
ARIC A. ANDERSON
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4434

February 18, 2026